

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  DAVID R. CALLAWAY (CASBN 121782)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5045
7

8  Attorneys for Plaintiff

FILED
MAY 24 2006
CLERK U.S. ... COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 06-00273 RMW |
| --- | --- |
| Plaintiff, | ) [PROPOSED] |
| v. | ) ORDER EXCLUDING TIME |
| MELINDA NEWENS, | ) |
| Defendant. | ) |

1.  The parties appeared before the Court on Thursday, May 18, 2006, for defendant's initial appearance on the Information. Defendant waived indictment. The case was assigned to Judge Whyte. Defense counsel requested that the matter be set for a first appearance in District Court to occur on June 26, 2006. Defendant agreed to an exclusion of time between May 18 and June 26, 2006, based on the continuity of defense counsel – whose schedule did not permit an earlier setting – and also for defense preparation. The government did not object to the June 26th date.

2.  Accordingly, at defendant's request, this Court scheduled the next appearance before the district court to occur on **Monday, June 26, 2006**, at 9:00 a.m., before The Honorable

1  Ronald M. Whyte, United States District Judge.

2      3.    Based upon the foregoing requests and representations made by the parties in open court, and good cause appearing therefor,

4  **IT IS THEREFORE HEREBY ORDERED** that the time between May 18 and June 26, 2006, – a total of 39 days – shall be excluded from the computation the period within which the trial must commence, for the reasons set forth by the parties. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above and finds that the time is appropriately excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(i) and (iv).

10  DATED:

                       RICHARD SEEBORG
                       United States Magistrate Judge

14  Distribute to:

15  Kenneth W. Robinson, Esq.
    1065 Asbury St.
16  San Jose, CA 95126
    Counsel for Defendant

18  David R. Callaway
    Assistant United States Attorney
    150 Almaden Blvd., Suite 900
19  San Jose, CA 95113
    Counsel for Plaintiff