FRANK BELL, SBN 038955
Attorney at Law
303 Bradford Street, Suite C
Redwood City, CA 94063-1529
Tel: 650 365-8300
Fax: 650 366-8987

Attorney for Defendant
MELINDA NEWENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MELINDA NEWENS,<br><br>　　　　Defendant.<br>_____/ | *E-FILED - 11/9/06*<br><br>No. CR 06-0273 RMW<br><br>**SUBSTITUTION OF ATTORNEYS AND ORDER RE SAME** |

　　Comes now defendant, MELINDA NEWENS, and substitutes Frank Bell, Attorney at Law, as her attorney in this matter, in the place of attorney, Kenneth Robinson..


Dated: September 13, 2006　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　MELINDA NEWENS
　　　　　　　　　　　　　　　　　　　　　　Defendant


　　I accept the substitution and agree to act as new counsel for defendant,
//////////



SUBSTITUTION OF ATTORNEYS　　　　　　　　　　　　　　　　　　　　　　Page -1-

1  MELINDA NEWENS, for all purposes.

2

3  Dated: September 13, 2006                    /s/
                                                _____
4                                               FRANK BELL
                                                Counsel for Defendant
                                                MELINDA NEWENS
5

6       I consent to the substitution of counsel and ask to be relieved as counsel in this

7  matter.

8

9  Dated: September 21, 2006                   s/s
                                               _____
                                               KENNETH ROBINSON
10                                             Attorney at Law

11

12 Good cause appearing:

13      IT IS SO ORDERED:

14

15 Dated: 11/9/06                              /s/ Ronald M. Whyte _____
                                               U. S. District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28 SUBSTITUTION OF ATTORNEYS                                              Page -2-