1 | FRANK BELL, SBN 038955
Attorney at Law
2 | 303 Bradford Street, Suite C
Redwood City, CA 94063-1529
3 | Tel: 650 365-8300
Fax: 650 366-8987
4
Attorney for Defendant
5 | MELINDA NEWENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 11/30/06*

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MELINDA NEWENS,

    Defendant.
_____/

No. CR 06-0273 RMW

STIPULATION AND
[PROPOSED] ORDER RE
CONTINUANCE OF
SENTENCING

Defendant, MELINDA NEWENS, has entered a plea of guilty and is pending sentencing. The present date for sentencing is Monday, December 4, 2006. After entry of her plea defendant substituted new counsel, Frank Bell, in the place of her former counsel. New counsel has retained the services of a sentencing consultant and the sentencing consultant has recommended that the defense have Ms. NEWENS psychologically evaluated in connection with the matter. Counsel for defendant has consulted with the probation officer assigned to prepare the pre-sentence investigation report and he has no objection to a continuance of the sentencing, postponing the interview of the defendant and the resetting of dates for the pre-sentence investigation

STIP AND ORDER RE CONTINUANCE OF SENTENCING            Page -1-

1 | matters (i.e. the due dates for the draft report and final report and objections thereto) to
2 | accommodate any new date for sentencing.
3 |     WHEREFORE, IT IS HEREBY STIPULATED by the parties that the matter of
4 | sentencing in this matter may be continued to Monday, February 26, 2007 at 9:00 a.m.
5 | and that dates concerning the sentencing process for such things as the preparation of the
6 | draft pre-sentence report, objections thereto, the final pre-sentence investigation report
7 | and sentencing memoranda are extended consistent with the new sentencing date.
8 |
9 | Dated: November 7, 2006
10 |                                              FRANK BELL
                                             Attorney for Defendant
                                             MELINDA NEWENS

Dated: November 22, 2006
                                             DAVID CALLAWAY, A.U.S.A.
                                             Counsel for Plaintiff
                                             UNITED STATES OF AMERICA

Good cause appearing:

    IT IS SO ORDERED:

Dated:   11/30/06                                  /s/ Ronald M. Whyte
                                             Hon. Ronald M. Whyte
                                             U.S. District Judge

STIP AND ORDER RE CONTINUANCE OF SENTENCING                            Page -2-