```
1  FRANK BELL, SBN 038955
   Attorney at Law
2  303 Bradford Street, Suite C
   Redwood City, CA 94063-1529
3  Tel: 650 365-8300
   Fax: 650 366-8987
4
   Attorney for Defendant
5  MELINDA NEWENS
```

FILED

MAY - 8 2007



CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>MELINDA NEWENS,<br><br>       Defendant.<br>_____/ | No. CR 06-0273 RMW<br><br>**SECOND STIPULATION<br>AND [PROPOSED] ORDER<br>RE CONTINUANCE OF<br>SENTENCING** |

Defendant, MELINDA NEWENS, has entered a plea of guilty and is pending sentencing. The present date for sentencing is Monday, February 26, 2007. After entry of her plea defendant substituted new counsel, Frank Bell, in the place of her former counsel. New counsel retained the services of a sentencing consultant and the sentencing consultant recommended that the defense have Ms. NEWENS psychologically evaluated in connection with the matter. The evaluation has now been completed but time did not allow for the probation interview between the probation officer and defendant.

Counsel for defendant has consulted with the probation officer assigned to prepare the pre-sentence investigation report, Benjamin Flores. Because of his heavy workload,

STIP AND ORDER RE CONTINUANCE OF SENTENCING                                      Page -1-

1 the probation officer cannot find time to interview the defendant before February 28,
2 2007, which is the date now set for the probation interview, two days after the date now
3 scheduled for sentencing. He also notes that because of his heavy workload, he cannot
4 have the report prepared for the sentencing date if it is before mid to late May. Counsel
5 will then be in trial. The probation officer has no objection to a continuance of the
6 sentencing for the purpose of the probation interview, his consideration of the
7 psychological evaluation and the resetting of dates for the pre-sentence investigation
8 matters (i.e. the due dates for the draft report and final report and objections thereto) to
9 accommodate any new date for sentencing. Given our respective schedules, he suggested
10 the dates of June 11 or June 18, 2007. June 18, 2007 would be the safest date since
11 counsel will commence a difficult an complex, four defendant kidnap and rape case in
12 San Mateo County on April 28, 2007 which according to estimates of co-defendant
13 counsel could take between five and 8 weeks.
14   It is anticipated that this would be the last continuance requested by the defendant
15 and that no further continuances would be necessary for any reason we can anticipate at
16 this time.
17   WHEREFORE, IT IS HEREBY STIPULATED by the parties that the matter of
18 sentencing in this matter may be continued to Monday, June 25, 2007 at 9:00 a.m. and
19 that dates concerning the sentencing process for such things as the preparation of the draft
20 pre-sentence report, objections thereto, the final pre-sentence investigation report and
21 sentencing memoranda are extended consistent with the new sentencing date.

23 Dated: February 1, 2007

   _____
   FRANK BELL
   Attorney for Defendant
   MELINDA NEWENS

28 STIP AND ORDER RE CONTINUANCE OF SENTENCING                        Page -2-

Dated: February 7, 2007

_____
DAVID CALLAWAY, AUSA.
Counsel for Plaintiff
UNITED STATES OF AMERICA

Good cause appearing:

IT IS SO ORDERED:

Dated: 5/8/07

_____
Hon. Ronald M. Whyte
U.S. District Judge

STIP AND ORDER RE CONTINUANCE OF SENTENCING                                    Page -3-