FRANK BELL, SBN 038955
Attorney at Law
333 Bradford Street, Suite 270
Redwood City, CA 94063-1529
Tel: 650 365-8300
Fax: 650 366-8987

E-FILED ***6/22/07***

Attorney for Defendant
MELINDA NEWENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>MELINDA NEWENS,<br><br>     Defendant.<br>_____/ | No. CR 06-0273 RMW<br><br>STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF SENTENCING |

Defendant, MELINDA NEWENS, has entered a plea of guilty and is pending sentencing. The present date for sentencing is Monday, June 25, 2007.

Counsel for defendant has consulted with the probation officer assigned to prepare the pre-sentence investigation report and is informed that there are matters personal to him, but of which the court is aware, that will require a continuance in this matter until late July or early August, 2007 with the preference for August, 2007.  He has no objection to a continuance of the sentencing and  resetting of dates for the pre-sentence investigation matters (i.e. the due dates for the draft report and final report and objections thereto) to accommodate any new date for sentencing.

STIP AND ORDER RE CONTINUANCE OF SENTENCING                                            Page -1-

1    Counsel for defendant has consulted his schedule and with AUSA Callaway and
2 they are available on Monday August 6, 2007.
3    WHEREFORE, IT IS HEREBY STIPULATED by the parties that the matter of
4 sentencing in this matter may be continued to Monday, August 6, 2007 at 9:00 a.m. and
5 that dates concerning the sentencing process for such things as the preparation of the draft
6 pre-sentence report, objections thereto, the final pre-sentence investigation report and
7 sentencing memoranda are extended consistent with the new sentencing date.

Dated: May 26, 2007                                /s/
                                          FRANK BELL
                                          Attorney for Defendant
                                          MELINDA NEWENS

Dated: June 8, 2007                                /s/
                                          DAVID CALLAWAY, A.U.S.A.
                                          Counsel for Plaintiff
                                          UNITED STATES OF AMERICA

Good cause appearing:

    IT IS SO ORDERED:

                                          /s/ Ronald M. Whyte
Dated:    6/22/07
                                          Hon. Ronald M. Whyte
                                          U.S. District Judge

STIP AND ORDER RE CONTINUANCE OF SENTENCING                          Page -2-